| Party Name, Address, Telephone and Fax Number | ) | FOR COURT USE ONLY |
|---|---|---|
| Kathleen S. Allen<br>Citicorp, N.A.<br>3800 Citigroup Center Dr.<br>Location, G3-4<br>Tampa, FL, 33610 | )<br>)<br>)<br>)<br>)<br>) | FILED |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | ) | CASE NUMBER: LA-98-60055-EC |
|---|---|---|

In re:
   GLOBAL ORBIT INDUSTRIES, INC.

)   HEARING DATE:
)   TIME:
)   PLACE:
Debtor.   )

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $1,037.51 which is the sum of all the monies deposited with the court on the following date(s) 12/04/05 on behalf of the creditor ASSOCIATES COMM. CORP on claim number(s)_____

2. Please check and complete the applicable subparagraph(s) below:
   ___ a. I am the creditor names in paragraph 1.

   _X_ b. I am an employee of the creditor names in the paragraph 1 and my title is <u>Recovery and Escheatment Mgr.</u>
      The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ___ c. I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ___ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

_____
_____
_____

(Continued on next page)

**Motion for Order Releasing Unclaimed Funds – Page 2**

In Re:

    GLOBAL ORBIT INDUSTRIES, INC.

                                           )   CHAPTER 7
                                           )   CASE NUMBER LA-98-60055-EC
                        Debtor.           )

3. Please complete each of the following subparagraphs:

    a. The following is the creditor's address and phone number:

       Citicorp, N.A.,
       C/o Kathleen S. Allen
       3800 Citigroup Center Dr., Location G3-4
       Tampa, FL, 33610
       Tel: (813) 604-9564

    b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

       The original check was returned to the undersigned either as a result of insufficient or incorrect mailing address of the creditor-payee or as a result of the creditor moving to a different location or closing.
       Original check was mailed to: P.O. BOX 119 SOUTH BEND, IN 46624. Such address is no longer a valid one. The current address is written on point 3a.

4. I understand that, pursuant to 18 U.S.C. 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds – Page 3

In Re:
  GLOBAL ORBIT INDUSTRIES, INC.

                                          )   CHAPTER 7
                                          )   CASE NUMBER LA-98-60055-EC
                     Debtor.          )

_____
Creditor

(Corporate Seal

if applicable)

Citicorp, N.A. c/o Kathleen S. Allen
Type or Print Creditor's Name

3800 Citigroup Center Dr., Location G3-4
Creditor's Address
Tampa, FL, 33610

STATE OF Florida, COUNTY OF Hillsborough
On 21 Jan 2010 before me, personally appeared (insert name and title of the signer) Kathleen S. Allen, Recovery and Escheatment Mgr. personally known to me ( or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

MELISSA ALFONSO
MY COMMISSION # DD930309
(SEAL) EXPIRES: Oct. 23, 2013
(407) 398-0153    Florida Notary Service.com

Notary Public
My Commission Expires on 10/23/13

**Motion for Order Releasing Unclaimed Funds – Page 4**

In Re:
    GLOBAL ORBIT INDUSTRIES, INC.

                      )   CHAPTER 7
                      )   CASE NUMBER LA-98-60055-EC
          Debtor.    )

_____
Signature of Attorney/Attorney-in-Fact (If appointed)

_____
Type or Print Name

_____
Address

_____

STATE OF _____, COUNTY OF _____
On _____ before me, personally appeared (insert name and title of the signer)_____
personally known to me ( or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

(SEAL)                                    Notary Public
                                                My Commission Expires on _____

                                                Represented by:

_____
_____
_____

Motion for Order Releasing Unclaimed Funds – Page 5

In Re:

GLOBAL ORBIT INDUSTRIES, INC.

)  CHAPTER 7
)  CASE NUMBER LA-98-60055-EC
Debtor.                    )

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __1/21/10__,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the
document described as "Motion for Order Releasing Funds" to the United States Attorney, United States Trustee,
and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as
follows:

U.S. Attorney
1200 U.S. Courthouse
312 North Springs Street
Los Angeles, CA, 90012

U.S. Attorney
411 West Fourth Street
Suite 8000
Santa Ana, CA, 92701-4599

U.S. Trustee for the Central District of California
United States Trustee (LA)
725 Figueroa St., 26th Floor
Los Angeles, CA, 90017

Please insert the name and address of the Trustee appointed in the case and the Trustee's counsel, if any:
Alfred H Siegel - Siegel, Gottlieb, Mangel & Levine, 15233 Ventura Blvd., 9th Floor, Sherman Oaks, CA 91403-2201

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or the fiduciary
appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if
any:
Global Orbit Industries Inc - C/o S Tabah 9420 Boul L'acadie., Montreal Quh4n1I7, CA 88888

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original
creditor and the creditor's counsel, in any:

__January 21, 2010__                                __[signature]__
Date                                                 Signature

                                                     Citicorp, N.A., c/o Kathleen S. Allen
                                                     Type or Print Name





KATHLEEN ALLEN

*Kathleen Allen*



Kathy Allen
*Recovery & Escheatment Manager*
Cash Management

Citigroup Business Services
Citigroup Payment Services
3800 Citigroup Center Drive
Location C3-4
Tampa, FL 33610

Tel 813 604 9569
Fax 813 604 9565
kathleen.s.allen@citigroup.com

AFFIDAVIT OF AUTHORIZATION 

I, Andrew D. Harwood, Executive Vice President of Citigroup Payment Services, a business division within Citigroup Inc. ("Corporation"), being first duly sworn, depose and say:

1. That I have been authorized by John C. Gerspach, Controller and Chief Accounting Officer of the Corporation to act on behalf of the Corporation and its direct and indirect subsidiary corporations and/or any of their predecessor corporations to manage the recovery of abandoned property of any of said entities that may be held by federal, state or local agencies;

2. That I have also been authorized by John C. Gerspach to delegate the authority described above to Cynthia A. Timberlake, Lawrence Loschiavo, and Kathleen S. Allen, each of whom is an officer in the Citigroup Payment Services business division, and their signatures are, as set forth below:

Cynthia A. Timberlake

Lawrence Loschiavo

Kathleen S. Allen

3. That I have carefully examined this Affidavit and assert that all of the statements and representations contained herein are true.

IN WITNESS WHEREOF, I have hereunto set my hand this 11 day of January 2010.

_____
Andrew D. Harwood

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Alfonso, a Notary Public, this 11 day of January 2010.

NOTARY PUBLIC



MELISSA ALFONSO
MY COMMISSION # DD930309
EXPIRES October 23, 2013
(407) 398-0153   FloridaNotaryService.com

November 6, 2007

To Whom It May Concern:

Please accept this letter as documentation that FEIN #13-2938684 belongs to Citicorp North America, Inc., a legal vehicle of Citigroup, Inc.

Please note that Citigroup Payment Services is a division under legal vehicle Citicorp North America, Inc. and that Andrew Harwood, Executive Vice President of Citigroup Payment Services, has been given authorization by John Gerspach, Controller and Chief Accounting Officer of Citigroup, to file claims and collect any unclaimed property for all Citigroup and Citibank companies.

Sincerely,

Lawrence Loschiavo
Vice President
Citigroup Payment Services


STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Alfonso, a Notary Public, this 6th day of November 2007.

NOTARY PUBLIC

MELISSA ALFONSO
MY COMMISSION # DD629386
EXPIRES October 23, 2009
(407) 398-0153   FloridaNotaryService.com


citigroup

Andrew D Harwood
Vice President
Citigroup Business Services

Citigroup Centre
Canada Square, Canary Wharf
London E14 5LB United Kingdom
Tel +44 (0)20 7500 9585
Fax +44 (0)20 7500 7414
andrew.d.harwood@citigroup.com

Regulated by the FSA                Citibank, N.A.

John C. Gerspach
Controller and
Chief Accounting Officer

Citigroup Inc.
399 Park Avenue
3rd Floor
New York, NY 10022

Tel 212 559 0689
Fax 212 793 5025
john.c.gerspach@citigroup.com

October 16, 2007

To Whom It May Concern:

Re: Unclaimed Property

I, John C. Gerspach, Controller and Chief Accounting Officer of Citigroup Inc. ("Corporation"), do hereby authorize Andrew Harwood, Executive Vice President of Citigroup Payment Services, a business division within the Corporation, to file and collect any and all Unclaimed Property claims on behalf of the Corporation and any and all direct and indirect subsidiary corporations of the Corporation, including but not limited to Citibank, N.A., Citibank, FSB, Citibank (West), FSB, Citibank (South Dakota), N.A., Citigroup Global Markets Inc., Citigroup Financial Products Inc., Citibank (Nevada), N.A., CitiMortgage Inc., Citicorp North America, Inc., and Citicorp USA, Inc. or predecessor corporations of said entities. I further authorize Andrew Harwood to delegate the authority set forth herein to each of Cynthia A. Timberlake, Lawrence Loschiavo, and Kathleen S. Allen, officers within the Citigroup Payment Services business division.

Sincerely,

[signature]

FFIEC home | Federal Reserve Board home

Accessibility | Disclaimer | Privacy Policy

## National Information Center

A repository of financial data and institution characteristics collected by the Federal Reserve System

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| BHCPR Peer Reports | FAQ | | |

Please complete the following search criteria to continue your search process for the organization hierarchy of CITICORP (1042351).

**Starting From:** ○ CITICORP    ⦿ Parent(s) of CITICORP
CITIGROUP INC.

**Institution Type:** ⦿ Standard Organization Hierarchy    ○ Organization Hierarchy Identifying HMDA Respondents

Institution Types Included:
All
Commercial Bank
Cooperative Bank
Credit Union

As of year end
2007
2008

Organization as of date (mm/dd/yyyy) format:
07/31/2005

**Report Format:** ⦿ HTML    ○ PDF

The report will default to PDF format if over 200 institutions satisfy the search criteria.

[ Submit ]

NIC Home | FAQ | Help | Contact Us

399 Park Avenue
3rd Floor
New York, NY 10022

Tel 212 559 0689
Fax 212 793 5025
john.c.gerspach@citigroup.com

June 29, 2006

Re: Unclaimed Property

I, John C. Gerspach, Controller and Chief Accounting Officer of Citigroup Inc. ("Corporation"), do hereby authorize Andrew Harwood, Executive Vice President of Citigroup Payment Services, a business division within the Corporation, to file and collect any and all Unclaimed Property claims on behalf of the Corporation and any and all direct and indirect subsidiary corporations of the Corporation, including but not limited to Citibank, N.A., Citibank, FSB, Citibank (West), FSB, Citibank (South Dakota), N.A., Citigroup Global Markets Inc., Citigroup Financial Products Inc., Citibank (Nevada), N.A., CitiMortgage Inc., Citicorp North America, Inc., and Citicorp USA, Inc. or predecessor corporations of said entities. I further authorize Andrew Harwood to delegate the authority set forth herein to each of Cynthia A. Timberlake, Lawrence Loschiavo, and Danna Lewis-Phillips, officers within the Citigroup Payment Services business division.

Sincerely,

John C. Gerspach

AFFIDAVIT OF AUTHORIZATION

I, Andrew D. Harwood, Executive Vice President of Citigroup Payment Services, a business division within Citigroup Inc. ("Corporation"), being first duly sworn, depose and say:

1. That I have been authorized by John C. Gerspach, Controller and Chief Accounting Officer of the Corporation to act on behalf of the Corporation and its direct and indirect subsidiary corporations and/or any of their predecessor corporations to manage the recovery of abandoned property of any of said entities that may be held by global, federal, state or local agencies;

2. That I have also been authorized by John C. Gerspach to delegate the authority described above to Cynthia A. Timberlake, Lawrence LoSchiavo, and Kathleen S. Allen, each of whom is an officer in the Citigroup Payment Services business division, and their signatures are, as set forth below:

Cynthia A. Timberlake    _____

Lawrence LoSchiavo       _____

Kathleen S. Allen        _____

3. That I have carefully examined this Affidavit and assert that all of the statements and representations contained herein are true.

IN WITNESS WHEREOF, I have hereunto set my hand this 6th day of January 2009.

_____
Andrew D. Harwood

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Alfonso, a Notary Public, this 6th day of January 2009.

_____
NOTARY PUBLIC

MELISSA ALFONSO
MY COMMISSION # DD629386
EXPIRES: Oct. 23, 2009
(407) 398-0153   Florida Notary Service.com



FFIEC home | Federal Reserve Board home

Accessibility | Disclaimer | Privacy Policy

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| --- | --- | --- | --- |
| BHCPR Peer Reports | FAQ | | |
| Organization Hierarchy | Institution History | | |

You asked for:
**ASSOCIATES COMMERCIAL CORPORATION**

This institution has closed (see Institution History). The last available information is:
**CITICAPITAL COMMERCIAL CORPORATION**
IRVING, TX, UNITED STATES 75062

Institution Type: Finance Company
RSSD ID: 2977599

**Financial Data**

Financial statements for this institution type are not available.

NIC Home | FAQ | Help | Contact Us



FFIEC home | Federal Reserve Board home
Accessibility | Disclaimer | Privacy Policy

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| BHCPR Peer Reports | FAQ | | |

Please complete the following search criteria to continue your search process for the organization hierarchy of <u>CITICAPITAL COMMERCIAL CORPORATION (2977599)</u>.

**Starting From:** ○ CITICAPITAL COMMERCIAL CORPORATION    ◉ Parent(s) of CITICAPITAL COMMERCIAL CORPORATION
CITIGROUP INC.

**Institution Type:** ◉ Standard Organization Hierarchy    ○ Organization Hierarchy Identifying HMDA Respondents

Institution Types Included:
All
Commercial Bank
Cooperative Bank
Credit Union

As of year end
2008
2009

Organization as of date (mm/dd/yyyy) format:
08/31/2002

**Report Format:** ◉ HTML    ○ PDF
The report will default to PDF format if over 200 institutions satisfy the search criteria.

[ Submit ]

NIC Home | FAQ | Help | Contact Us